JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YOUNG LEE, | Case No. CV-19-1001-R |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| ANTONIO SANCHEZ, JR., et al., | |
| Defendant(s). | |

Plaintiff was ORDERED to show cause in writing no later than **May 17, 2019** why this action should not be dismissed for lack of prosecution. On May 17, 2019, Plaintiff filed "Plaintiff's Response To Order To Show Cause Re: Dismissal For Lack of Prosecution," requesting for additional time to serve Defendant. (Dkt. No. 11). No good cause is shown to warrant an extension, and his request is denied

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame set forth by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 20, 2019

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE